1  BERNARD S. GREENFIELD, Esq. (SBN 66017)
   BRIAN J. HANNON, Esq. (SBN 99750)
2  McGRANE, GREENFIELD, HANNON &
   HARRINGTON LLP
3  40 South Market St., 2nd Floor
   San Jose, CA 95113
4  Telephone: (408) 995-5600
   Facsimile: (408) 995-0308
5  E-mail: bgreenfield@mghhsj.com, bhannon@mghhsj.com

6  SUSAN K. JAMISON, Esq. (SBN 131867)
   CLIFFORD YIN, Esq. (SBN 173159)
7  COBLENTZ, PATCH, DUFFY & BASS, LLP
   One Ferry Building, Suite 200
8  San Francisco, California 94111
   Telephone: (415) 391-4800
9  Facsimile: (415) 989-1663
   E-mail: skj@cpdb.com, cey@cpdb.com
10
   Attorneys for Defendant and Third-Party Plaintiff
11 CHATEAU MASSON, LLC

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHATEAU MASSON, LLC; DOES 1 through 25, Inclusive,<br><br>    Defendants. | Case No. C-04-04834 JW<br><br>**[PROPOSED]** ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2005 |
| CHATEAU MASSON, LLC,<br><br>    Third Party Plaintiff,<br><br>    vs.<br><br>BILL GRAHAM PRESENTS, INC., and DOES 26-50, Inclusive,<br><br>    Third Party Defendants | |

12124.001.0087.a

1  Case Nos. 04-4834 JW, 05-1400 JW

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 5, 2005**

| | |
|---|---|
| SHERYL MIFSUD and PAUL MIFSUD,<br><br>Plaintiffs,<br><br>vs.<br><br>CHATEAU MASSON, LLC; DOES 1-25, Inclusive,<br><br>Defendants | Case No. C-05-01400 JW |
| CHATEAU MASSON, LLC,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>BILL GRAHAM ENTERPRISES, INC., and DOES 26-50, Inclusive,<br><br>Third Party Defendants | |

## ORDER

Based on the above-stipulated request of the parties, and good cause appearing,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The case management conference on Chateau Masson's third party complaints against Bill Graham Presents, Inc. (in Case No. 04-04834 JW) and Bill Graham Enterprises, Inc. (in Case No. 05-1400 JW), previously scheduled for October 31, 2005 at 10:00 a.m., shall be continued to December 5, 2005 at 10:00 a.m.

2. The joint case management conference statement shall be filed on or before November 28, 2005.

IT IS SO ORDERED.

Dated: 10/25/05

_____
Hon. James Ware
UNITED STATES DISTRICT COURT JUDGE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CA 94111-4213
(415) 391-4800 • FAX (415) 989-1663