BERNARD S. GREENFIELD, Esq. (SBN 66017)
BRIAN J. HANNON, Esq. (SBN 99750)
McGRANE, GREENFIELD, HANNON &
HARRINGTON LLP
40 South Market St., 2nd Floor
San Jose, CA 95113
Telephone: (408) 995-5600
Facsimile: (408) 995-0308
E-mail: bgreenfield@mghhsj.com, bhannon@mghhsj.com

SUSAN K. JAMISON, Esq. (SBN 131867)
CLIFFORD YIN, Esq. (SBN 173159)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: skj@cpdb.com, cey@cpdb.com

Attorneys for Defendant and Third-Party Plaintiff
CHATEAU MASSON, LLC



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN DEFRANCESCO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHATEAU MASSON, LLC; DOES 1 through 25, Inclusive,<br><br>    Defendants. | Case No. C-04-04834 JW<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINT** |
| CHATEAU MASSON, LLC,<br><br>    Third Party Plaintiff,<br><br>  vs.<br><br>BILL GRAHAM PRESENTS, INC., and DOES 26-50, Inclusive,<br><br>    Third Party Defendants | |

Based on the stipulated request of the parties, and good cause appearing,

12124.001.302604v1

1                     Case No. 04-4834 JW
**[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINT**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. The third party complaint filed by Chateau Masson, LLC against Bill Graham Presents, Inc. on June 9, 2005 is and shall be dismissed without prejudice.

2. Each side shall bear its own attorney fees and costs in connection with said dismissal.

IT IS SO ORDERED.

Dated: January 19, 2006



Hon. James Ware
UNITED STATES DISTRICT COURT JUDGE